1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY KAE SCHAEFER,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>SAN DIEGO CORNERSTONE MORTGAGE; INDYMAC FEDERAL BANK, F.S.B.; ONEWEST BANK, FSB.; FDIC; et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 09-CV-978 JLS (CAB)<br><br>**ORDER: GRANTING DEFENDANT ONE WEST BANK, FSB'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. No. 29) |

　　　　Plaintiff filed this action on March 30, 2009. (Doc. No. 1 Ex. 1 (Compl.).) She alleged that Defendants violated, *inter alia*, the Perata Mortgage Relief Act and the California Unfair Business Practices Act. (*Id.*) On June 21, 2010, the Court denied Defendant OneWest Bank, FSB's (OneWest) motion to dismiss the Perata Mortgage Relief Act and California Unfair Business Practices Act claims.[1] (Doc. No. 25.)

　　　　Presently before the Court is OneWest's motion for summary judgment on Plaintiff's surviving claims. (Doc. No. 29.) Also before the Court is Plaintiff's statement of non-opposition regarding OneWest's motion for summary judgment. (Doc. No. 33.) Plaintiff concedes that, in light of *Mabry v. Superior Court*, 110 Cal. Rptr. 3d (Cal. Ct. App. 2010), her Perata Mortgage Relief Act claim lacks

---

[1] The Court granted OneWest's motion to dismiss Plaintiff's claim under the Truth in Lending Act. (Doc. No. 25, at 4.)

1  merit. (*Id.*)  And because Plaintiff cannot prevail on that claim, her Unfair Business Practices Act
2  claim also fails.  *See Cal-Tech Commc'n, Inc. v. L.A. Cellular Tel. Co.*, 973 P.2d 527, 539–40 (Cal.
3  1999).
4        Accordingly, OneWest's motion for summary judgment is **GRANTED**.  This Order concludes
5  the litigation in this matter.  The Clerk shall close the file.
6        IT IS SO ORDERED.
7
8  DATED: January 3, 2011
9                                  Honorable Janis L. Sammartino
10                                 United States District Judge